McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:08-CV-01384-MCE-GGH |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR |
| | ) | PUBLICATION |
| v. | ) | |
| | ) | |
| APPROXIMATELY $38,198.63 IN U.S. CURRENCY SEIZED FROM SCOTTRADE INVESTMENT ACCOUNT NUMBER 198-30999-10, | ) ) ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    The United States of America, Plaintiff herein, applies for an order of publication as follows:

    1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action and arrest to be given in a newspaper of general circulation, designated by order of the Court;

    2.   Local Rule 83-171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper for publication;

    3.   The defendant approximately $38,198.63 in U.S. Currency

1

1  seized from Scottrade Investment Account Number 198-30999-10
2  (hereafter "defendant funds") were seized in the city of
3  Sacramento, in Sacramento County, California.  The Drug
4  Enforcement Administration ("DEA") published notice of the non-
5  judicial forfeiture of the defendant funds on March 17, 24, and
6  31, 2008 in the Wall Street Journal.
7         4.   Plaintiff proposes that publication be made as follows:
8              a.   One publication;
9              b.   In the following newspaper, a legal newspaper of
10 general circulation, located in the county in which the defendant
11 funds were seized: Daily Recorder;
12             c.   The publication is to include the following:
13                  (1)  The Court, title and number of the action;
14                  (2)  The date of the arrest/seizure;
15                  (3)  The identity and/or description of the
16 property arrested/seized;
17                  (4)  The name, address, and telephone number of
18 the attorney for the Plaintiff;
19                  (5)  A statement that claims of persons entitled
20 to possession or claiming an interest pursuant to Supplemental
21 Rule G(5) must be filed with the Clerk and served on the attorney
22 for the Plaintiff within 30 days after the date of publication;
23                  (6)  A statement that answers to the Complaint or
24 a motion under Rule 12 of the Federal Rules of Civil Procedure
25 ("Fed. R. Civ. P.") must be filed and served within 20 days after
26 the filing of the claims and, in the absence thereof, default may
27 be entered and condemnation ordered;
28                  (7)  A statement that applications for

1 intervention under Fed. R. Civ. P., Rule 24 by persons claiming
2 maritime liens or other interests shall be filed within the 30
3 days allowed for claims for possession; and
4         (8)  The name, address, and telephone number of
5 the U.S. Marshal and/or Department of Treasury.

Dated: <u>18 June 2008</u>      McGREGOR W. SCOTT
                                United States Attorney

<u>/s/ Kristin S. Door</u>
KRISTIN S. DOOR
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: 06/24/08        <u>/s/ Gregory G. Hollows</u>
                          UNITED STATES MAGISTRATE JUDGE

$38,198.63.ord