```
McGREGOR W. SCOTT
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:08-cv-01384 MCE/GGH |
| Plaintiff, | STIPULATION FOR STAY OF FURTHER PROCEEDINGS AND ORDER |
| v. | |
| APPROXIMATELY $38,198.63 IN U.S. CURRENCY SEIZED FROM SCOTTRADE INVESTMENT ACCOUNT NUMBER 198-30999-10, | |
| Defendant. | DATE:   N/A<br>TIME:   N/A<br>COURTROOM: N/A |

   Plaintiff United States of America and claimant Fu Long Wu [hereafter "Claimant"], by and through their respective counsel, hereby stipulate that a stay is necessary in the above-entitled action, and request that the Court enter an order staying all further proceedings pending the outcome of a related criminal case.

   1.   Claimant filed a claim to the defendant currency on July 14, 2008.  Claimant is currently a defendant in U.S. v. Fu Long "Ricky" Wu, et al., 2:08-CR-0064 MCE.  No other parties have filed a claim in this forfeiture action.

2. Pursuant to 18 U.S.C. §§ 981(g)(1), 981(g)(2) and 21 U.S.C. § 881(i) the parties seek a stay of discovery in this case.  The United States contends that the defendant currency, which represents the balance in a Scottrade brokerage account, is traceable to proceeds of drug trafficking.

3. If discovery proceeds, claimant would be placed in the difficult position of either invoking his Fifth Amendment right against self-incrimination and losing the ability to pursue his claim to the defendant property, or waiving his Fifth Amendment right and submitting to a deposition and potentially incriminating himself in the pending criminal matter.  If claimant invokes his Fifth Amendment right, the United States will be deprived of the ability to explore the factual basis for the claim he filed.

4. In addition, claimant intends to depose the law enforcement officers involved in the investigation that led to the pending criminal case.  Allowing depositions of the law enforcement investigators involved in the Wu investigation and prosecution would adversely affect the ability of the government to properly prosecute the Wu case.

5. Accordingly, the parties recognize that proceeding with this action at this time has potential adverse affects on the prosecution of the related-criminal case and/or upon Claimants' ability to prove their claim that the defendant currency belongs to them, and that it came from a legitimate source.  For these
//
//
//

reasons, the parties jointly request that this matter be stayed until the conclusion of the criminal case.

Dated: July 29, 2008          McGREGOR W. SCOTT
                              United States Attorney

                              /s/ Kristin S. Door
                              Assistant U.S. Attorney


Dated: July 29, 2008
                              /s/ Douglas I. Horngrad
                              DOUGLAS I. HORNGRAD
                              Attorney for Claimant
                              Fu Long Wu



    IT IS SO ORDERED.

 Dated: August 4, 2008

                              _____
                              MORRISON C. ENGLAND, JR.
                              UNITED STATES DISTRICT JUDGE

3