BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) 2:08-CV-01384-MCE-DAD |
|---|---|
| Plaintiff, | ) FINAL JUDGMENT OF FORFEITURE |
| v. | ) |
| APPROXIMATELY $38,198.63 IN U.S. CURRENCY SEIZED FROM SCOTTRADE INVESTMENT ACCOUNT NUMBER 198-30999-10, | ) |
| Defendant. | ) |

Pursuant to the Stipulation for Final Judgment of Forfeiture, the Court finds:

1. This is a civil forfeiture action against the above-captioned asset (hereafter "defendant funds") seized on or about December 13, 2007.

2. A Verified Complaint for Forfeiture *In Rem* ("Complaint") was filed on June 18, 2008, alleging that said defendant funds are subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6).

3. On or about June 19, 2008, the Clerk issued a Warrant for Arrest for the defendant funds, and that warrant was duly executed on July 1, 2008.

4. On July 10, 2008, a Notice of Arrest and Seizure of the defendant funds appeared by publication in *The Daily Recorder*, a newspaper of general circulation in the county in which the defendant funds were seized (Sacramento County). The Proof

of Publication was filed with the Court on July 17, 2008.

    5. In addition to the Public Notice of Arrest and Seizure, actual notice or attempted notice was given to the following individual:

        a. Fu Long Wu aka Ricky Wu

    6. Fu Long Wu filed a Claim to the defendant funds on July 14, 2008. No other parties have filed claims or answers in this matter, and the time in which any person or entity may file a claim and answer has expired.

Based on the above findings, and the files and records of the Court, it is hereby ORDERED AND ADJUDGED:

    1. The Court adopts the Stipulation for Final Judgment of Forfeiture entered into by and between the parties to this action.

    2. That judgment is hereby entered against claimant Fu Long Wu and all other potential claimants who have not filed claims in this action.

    3. All right, title, and interest of Fu Long Wu in the defendant Approximately $38,198.63 in U.S. Currency seized from Scottrade Investment Account Number 198-30999-10, together with any interest that may have accrued, shall be forfeited to the United States pursuant to 21 U.S.C. § 881(a)(6), to be disposed of according to law.

    4. That the United States and its servants, agents, and employees and all other public entities, their servants, agents, and employees, are released from any and all liability arising out of or in any way connected with the seizure, arrest, or forfeiture of the defendant funds. This is a full and final release applying to all unknown and unanticipated injuries, and/or damages arising out of said seizure, arrest, or forfeiture, as well as to those now known or disclosed. The parties waived the provisions of California Civil Code § 1542.

    5. All parties are to bear their own costs and attorneys' fees.

    6. The U.S. District Court for the Eastern District of California, Hon. Morrison

///

///

C. England, Jr., District Judge, shall retain jurisdiction to enforce the terms of this Final Judgment of Forfeiture.

IT IS SO ORDERED.

Date: May 06, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT